**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| NATIONWIDE CHILDREN'S HOSPITAL, | : | Case No. 3:23-CV-44-TMR-CHG |
| | : | |
| *Plaintiff*, | : | Judge Thomas M. Rose |
| | : | |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| THE RAYMATH COMPANY, ET. AL., | : | |
| | : | |
| *Defendants*. | : | |

**ORDER**

For good cause shown, the Joint Motion to Dismiss Excess Reinsurance Underwriters, Inc. is **GRANTED.**

**IT IS HEREBY ORDERED** that Third Party Plaintiff the Raymath Company's claims against Defendant Excess Reinsurance Underwriters, Inc. are dismissed, without prejudice.  The Raymath Company's claims and defenses as to all other parties in this action shall remain pending.

**IT IS SO ORDERED**.

July 21, 2025                                    s/Thomas M. Rose

Date:_____            _____
                                                          UNITED STATES DISTRICT JUDGE
                                                          THOMAS M. ROSE