# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| NATIONWIDE CHILDREN'S HOSPITAL, : | Case No. 3:23-cv-00044 |
| Plaintiff, : | |
| : | District Judge Thomas M. Rose |
| : | Magistrate Judge Caroline H. Gentry |
| vs. : | |
| THE RAYMATH COMPANY, et al., : | |
| Defendants. : | |

## ORDER STAYING DEPOSITIONS OF NON-PARTIES MICHAEL KERNS AND BENEFIT BUILDERS, INC., AND SETTING FORTH BRIEFING SCHEDULE

On August 6, 2025, Non-Parties Michael Kerns and Benefit Builders, Inc. (collectively "Non-Parties") filed a Motion to Quash Subpoenas, or Alternatively to Modify Subpoenas and for Protective Order ("Motion to Quash," Doc. No. 63). The Non-Parties seek to quash or modify a subpoena issued for a deposition that is currently scheduled for August 14, 2025.

The Court will give all parties the opportunity to brief the issues raised in the Motion to Quash before ruling on the Motion. Therefore, the Court **ORDERS** that the Non-Parties' deposition scheduled for August 14, 2025, be **STAYED** until further order of the Court. All parties who wish to file a brief in response to the Motion to Quash shall do so by **August 18, 2025.** The Non-Parties shall file their reply brief by **August 22, 2025.**

IT IS SO ORDERED.

                                                    */s/ Caroline H. Gentry*
                                                    Hon. Caroline H. Gentry
                                                    United States Magistrate Judge